(No. 79-CV-0248-)

*In re* APPLICATION OF DAVID DEBOLD.

*Order filed February 21, 1980.*

SAMUEL J. RUFFOLO, for Claimant.

WILLIAM J. SCOTT, Attorney General (ALAN R. BOU-
DREAU, Assistant Attorney General, of counsel), for Re-
spondent.

PER CURIAM.

This claim arises out of an incident that occurred on
February 12, 1977. David Debold, victim, seeks compen-
sation pursuant to the provisions of the Crime Victims
Compensation Act, hereafter referred to as the Act. Ill.
Rev. Stat. 1977, ch. 70, par. 71 *et seq.*

This Court has carefully considered the application
for benefits submitted on the form prescribed by the
Court, and an investigatory report of the Attorney General
of Illinois which substantiates matters set forth in the
application. Based upon these documents and other
evidence submitted to the Court, the Court finds:

1. That on February 12, 1977, the Claimant was
stabbed by an unknown offender. The incident occurred
during a fight concerning the Claimant's attempt to
purchase narcotics from the offender. The location of
the incident was a hallway at 1538 S. Claremont, Chicago,
Illinois. The Claimant was transported to St. Elizabeth's
Hospital and admitted for treatment of a stab wound to
the chest.

2. That section 3(f) of the Act states that a person is
entitled to compensation under the Act if the injury to or
the death of the victim was not substantially attributable

to the victim's wrongful act or substantial provocation of the assailant.

3. That it appears from the investigatory report and the police report that the Claimant's injury was substantially attributable to his conduct in attempting to purchase narcotics.

4. That the Claimant has not met a required condition precedent for compensation under the Act.

It is hereby ordered that this claim be, and is, hereby denied.